UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY D. TRACZYK, individually, and as representative of a Class of Participants and Beneficiaries of the Aspirus, Inc. Retirement Plan,<br><br>    Plaintiff,<br><br>    v.<br><br>ASPIRUS, INC., THE BOARD OF DIRECTORS OF ASPIRUS, INC., GRAHAM COURTNEY, RICHARD V. POIRIER, KATHY KELSEY FOLEY, SHERRI L. LEMMER, JOSEPH V. FONTI, DAVID M. HECK, MATTHEW F. HEYWOOD, NOEL K. SONNEK, KATHY J. STRASSER, CHARLES A. ZANAYED, and THE OVERSIGHT COMMITTEE OF THE ASPIRUS, INC. RETIREMENT PLAN, JOHN F. HEISLER, SIDNEY SCZYGELSKI, JESSE TISCHER, JESSICA FOX, JON HARDESTY, MATTHEW STRIEFF, PATRICK TINCHER,<br><br>    Defendants | Case No. 2:21-cv-00077-RJJ-MV<br><br>Hon. Robert J. Jonker |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    Plaintiff Kimberly D. Traczyk ("Plaintiff") respectfully moves the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement in the above-referenced matter; (2) approve the proposed Settlement Notices and authorize

distribution of the Notices to the Settlement Class; (3) preliminarily certify the Settlement Class for settlement purposes; (4) schedule a final approval hearing; and (5) enter the accompanying Preliminary Approval Order.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement attached as **Exhibit A**), the Declaration of Kimberly D. Traczyk, and all files, records, and proceedings in this matter. Defendants join in the relief requested by Plaintiff's Motion for Preliminary Approval of Settlement. However, Defendants do not agree with the averments, statements, allegations, and claims stated by Plaintiff in the Motion for Preliminary Approval of Settlement and the attached Exhibits.

Dated this 12th day of August, 2022

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

**HANEY LAW FIRM, P.C.**

Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503
Telephone: (616) 235-2300
Fax: (616) 459-0137
E-Mail: thaney@troyhaneylaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated:  August 12, 2022                               s/Paul M. Secunda
                                                                        Paul M. Secunda