UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY D. TRACZYK, individually, and as representative of a Class of Participants and Beneficiaries of the Aspirus, Inc. Retirement Plan,<br><br>    Plaintiff,<br><br>    v.<br><br>ASPIRUS, INC., THE BOARD OF DIRECTORS OF ASPIRUS, INC., GRAHAM COURTNEY, RICHARD V. POIRIER, KATHY KELSEY FOLEY, SHERRI L. LEMMER, JOSEPH V. FONTI, DAVID M. HECK, MATTHEW F. HEYWOOD, NOEL K. SONNEK, KATHY J. STRASSER, CHARLES A. ZANAYED, and THE OVERSIGHT COMMITTEE OF THE ASPIRUS, INC. RETIREMENT PLAN, JOHN F. HEISLER, SIDNEY SCZYGELSKI, JESSE TISCHER, JESSICA FOX, JON HARDESTY, MATTHEW STRIEFF, PATRICK TINCHER,<br><br>    Defendants | Case No. 2:21-cv-00077-RJJ-MV<br><br>Hon. Robert J. Jonker |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    PLEASE TAKE NOTICE that on Tuesday, May 2, 2023, at 3 p.m., 2nd Floor Courtroom of the United States District Court for the Western District of Michigan, Marquette, Michigan, will

conduct the Fairness Hearing. Plaintiff Kimberly D. Traczyk ("Plaintiff") will and hereby does move this Court for an Order granting final approval of the parties' Class Action Settlement Agreement (Dkt. 59-1).

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and Section 2.8 of the Parties' Class Action Settlement Agreement and is based on the accompanying Memorandum of Law and authorities cited therein, the Declarations of Paul M. Secunda and Jeffrey Mitchell and exhibits attached thereto, the previously filed declarations of the Class Representative (Dkt. No. 60), the Settlement Agreement, and all files, records, and proceedings in this matter. A proposed Final Approval Order is being submitted in connection with this motion as **Exhibit 1**.

Defendants do not oppose the motion as parties to the Settlement.

Dated this 11th day of April, 2023

**WALCHESKE & LUZI, LLC**

s/ Paul M. Secunda
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: psecunda@walcheskeluzi.com

**HANEY LAW FIRM, P.C.**

Troy W. Haney
330 E. Fulton
Grand Rapids, MI 49503 Telephone: (616) 235-2300
Fax: (616) 459-0137
E-Mail: thaney@troyhaneylaw.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2023, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: April 11, 2023                                                                      s/Paul M. Secunda  
                                                                                          Paul M. Secunda